United States District Court
Southern District of Texas
**ENTERED**
July 09, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| BEATRIZ BURGOS CAMARGO,<br>    Petitioner, | § <br> § <br> § | |
| V. | § <br> § | CIVIL ACTION NO. 5:26-CV-00237 |
| TODD BLANCHE *et al.*,[1]<br>    Respondents. | § <br> § <br> § <br> § | |

### ORDER

Before the Court is Petitioner's Motion to Dismiss the Habeas Petition as Moot, (Dkt. No. 13). The Court requests a status from the parties on whether final judgment should be entered as Petitioner sought and was granted voluntary departure on March 13, 2026. (*Id.* at 2).

Accordingly, the Court **ORDERS** the parties to confer and file a joint advisory **by July 16, 2026,** addressing the status of any remaining claims and stating each party's position on the entry of final judgment.

It is so **ORDERED**.

**SIGNED** on July 9, 2026.

John A. Kazen
United States District Judge

---

[1] Markwayne Mullin is automatically substituted for Kristi Noem in this case under Federal Rule of Civil Procedure 25(d). Todd Blanche is substituted for Pamela Bondi, and David Venturella is substituted for Todd Lyons under the same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.